UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta  Division

**FILED**
**U.S. DISTRICT COURT**
**AUGUSTA DIV.**

**2015 JUN 24  AM 11: 30**

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Lindell Antonio Givens, aka "Head" | ) | Case No:  CR111-00075-001 and CR111-00076-001 |
| | ) | USM No:  16915-021 |

Date of Original Judgment:        November 17, 2011           )   James Pete Theodocion
Date of Previous Amended Judgment: Not Applicable             )   Defendant's Attorney
*(Use Date of Last Amended Judgment if Any)*

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and
the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment*
          *issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated   November 17, 2011,   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    6/24/2015

Effective Date:                                                     J. Randal Hall
        November 1, 2015                                            United States District Judge
        *(if different from order date)*                                    *Printed name and title*

*Judge's signature*